UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | M.B.D.  No. 12-MC-94017 |
| | ) | |
| GEORGE S. SIDHOM, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and

by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, states

that:

1.      This proceeding for the enforcement of an Internal Revenue Service summons is

brought pursuant to sections §§ 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26

U.S.C. §§ 7402(b) and 7604(a).

2.      Nicholas J. Tomsetta is a Revenue Officer of the Internal Revenue Service

authorized to issue summonses under the Internal Revenue Laws.

3.      Respondent George S. Sidhom resides or is found at 54 Highland Street, Milford,

Massachusetts within the jurisdiction of this Court.  Respondent is in possession and control of

testimony and documents concerning this investigation.  Revenue Officer Tomsetta is

conducting an investigation for the collection of the tax liability of George S. Sidhom for the

taxable period(s) ending on ending December 31, 2005, December 31, 2007, December 31,

2008, and December 31, 2009.

4.      Section 6301 of the Internal Revenue Code of 1986, 26 U.S.C. § 7602, authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws.  For the purpose of collecting the tax liability of any person, § 7602 authorizes the Secretary to issue a summons to the person to appear at a time and place named in the summons, to produce such books, papers, records, or other data, and to testify, as may be relevant or material to collecting the tax liability.

5.      On February 7, 2012, Revenue Officer Tomsetta issued, pursuant to § 7602 of the Internal Revenue Code of 1986, a summons to George S. Sidhom, directing him to appear before Revenue Officer Tomsetta at the office of the Internal Revenue Service, 120 Front Street, Suite 600, Worcester, Massachusetts on February 27, 2012 and to produce for examination (and give testimony relating to) documents and financial records for the period(s) October 1, 2011 to February 1, 2012.  A copy of the summons is attached to this Petition as Exhibit A.  On February 10, 2012, Revenue Officer Tomsetta served the summons on Respondent by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer Tomsetta signed a certification on the face of the copy of the summons served that it is a true and correct copy of the original.

6.      George S. Sidhom has failed and refuses to comply with the summons.

7.      The records sought by the summons are not now in the possession of the Internal Revenue Service, and their production by Respondent for examination by an officer of the Internal Revenue Service is necessary to complete a Collection Information Statement.

WHEREFORE, Petitioner prays that:

1.      Respondent George S. Sidhom be ordered to show cause, if any he has, why he should not obey the summons;

2.      Respondent George S. Sidhom be ordered to obey the summons at a time and place to be fixed by Revenue Officer Tomsetta or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3.      The cost of this action to be awarded to the United States.

<div style="margin-left: 40%;">

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney,

CARMEN M. ORTIZ
United States Attorney

/s/ *Jennifer A. Serafyn*
Jennifer A. Serafyn
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3188
Jennifer.Serafyn@usdoj.gov

</div>

Dated: May 24, 2012